UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY DEJUAN HOLLIS, #364977,

        Petitioner,

                              CASE NO. 2:06-CV-12428
v.                                 HONORABLE PAUL D. BORMAN

BLAINE LAFLER,

        Respondent.
                                        /

## ORDER REOPENING CASE AND SETTING DEADLINES

In October, 2006, this Court granted Petitioner's request to hold his habeas petition in abeyance so that he could exhaust additional claims in the state courts and administratively closed this case. Petitioner has now filed a supplemental petition for writ of habeas corpus asserting that he has completed the state court process and seeking to proceed on his habeas claims. The Court construes the supplemental petition as a request to reopen this case. It appears that Petitioner has exhausted his state court remedies and has complied with the Court's previous order.

Accordingly,

**IT IS ORDERED** that this case is **REOPENED**.

**IT IS FURTHER ORDERED** that Respondent shall file an answer to the amended petition, as well as the required Rule 5 materials, on or before **July 30, 2008**. Petitioner shall file any reply to that answer on or before **September 15, 2008.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: January 29, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 29, 2008.

                                              s/Denise Goodine
                                              Case Manager