UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TERRY DEJUAN HOLLIS, #364977,

        Petitioner,

                                      CASE NO. 2:06-CV-12428
v.                                 HONORABLE PAUL D. BORMAN

BLAINE LAFLER,

        Respondent.
_____/


**ORDER DENYING PETITIONER'S MOTIONS SEEKING RECONSIDERATION OF
THE COURT'S DECISION DENYING A CERTIFICATE OF APPEALABILITY
AND DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

This matter is before the Court on Petitioner's motions for a certificate of appealability and

for leave to proceed *in forma pauperis* on appeal [Dkt. #19, #20] concerning the Court's denial of

his petition for a writ of habeas corpus on January 22, 2010. The Court, however, denied a

certificate of appealability and denied leave to proceed *in forma pauperis* on appeal in its opinion

and order denying the petition. The Court finds no reason to reconsider that decision. A motion for

reconsideration which presents issues already ruled upon by the court, either expressly or by

reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D.

Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997).

Petitioner has not met his burden of showing a palpable defect by which the Court has been misled

or his burden of showing that a different disposition must result from a correction thereof, as

required by Local Rule 7.1(g)(3). Accordingly, the Court **DENIES** Petitioner's motions.

                                    S/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: March 1, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 1, 2010.


S/Denise Goodine
Case Manager